UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA CONTENT, AVV, <br><br> Plaintiff, <br> v. <br><br> RYAN MILNES and A.F.I.C. INC., <br><br> Defendants. | Civil Action No. 10-9572 (RMB) <br><br> **ORDER FOR ADMISSION** <br> ***PRO HAC VICE* ON** <br> **WRITTEN MOTION** |

Upon the motion and supporting declaration of Paul Ferhilan, attorney for Ryan Milnes and A.F.I.C., Inc. ("Defendants"), it is hereby

**ORDERED**, that

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/11

Applicant's Name:   Stephen W. Kelkenberg, Esq.

Firm Name:          Hodgson Russ LLP

Address:            140 Pearl Street, Suite 100

City/State/Zip:     Buffalo, New York 14202

Phone Number:       (716) 848-1307

Fax Number:         (716) 849-0349

be admitted to practice *pro hac vice* as counsel for Defendants in this action; and it is further

**ORDERED**, that Mr. Kelkenberg shall immediately apply for an ECF password at nysd.uscourts.gov and forward the fee for his *pro hac vice* admission to the Clerk of the Court.

SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
3/2/11