# JENNER&BLOCK

March 7, 2011

RECEIVED
MAR 08 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Jenner & Block LLP    Chicago
919 Third Avenue      New York
37th Floor            Washington, DC
New York, NY 10022-3908
Tel 212 891-1600
www.jenner.com

VIA OVERNIGHT MAIL

Honorable Richard M. Berman
U.S. District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007-1312

Gianni P. Servodidio
Tel  212 891-1620
Fax  212 909-0837
gps@jenner.com

**MEMO ENDORSED**

Re: *Ventura Content, AVV v. Ryan Milnes, et ano, No. 10 Civ. 9572 (RMB)*

Dear Judge Berman:

We represent plaintiff Ventura Content AVV ("Ventura") in the above captioned action and write on behalf of all parties to follow up on our conversation with chambers this morning. In particular, the parties request a 30-day extension of Ventura's time to file an opposition to Defendants' motion to dismiss and of Defendants' time to file its reply to Ventura's opposition. The opposition and reply are currently due March 14 and March 21, respectively.

This is the parties' first request for an extension of time, and such an extension will not affect any other scheduled dates in this matter. For the Court's convenience, the parties have attached a stipulation and proposed order.

We appreciate Your Honor's time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/11

Very truly yours,

/s/ Gianni P. Servodidio

Gianni P. Servodidio

Encl.

c: Paul Perlman, Esq. (counsel for defendants) - By facsimile

Plaintiff's opposition is due 3/30/11. Defendant's reply is due 4/6/11.

SO ORDERED:
Date: 3/8/11

/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.